JOHN W. HUBER, United States Attorney (#7226)
MARK K. VINCENT, Assistant United States Attorney (#5357)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
OCT 07 '20 PM03:02

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER BROOKE HEBDON<br>a/k/a Heather Ortegon a/k/a Maiden Hebdon a/k/a Hymie Sativa Hepdon a/k/a Heather Holiday a/k/a Heather Kuikendall a/k/a Married Obermiller,<br><br>Defendant. | Case: 1:20-cr-00092<br>Assigned To : Sam, David<br>Assign. Date : 10/7/2020<br>Description:<br><br>INDICTMENT<br><br>VIOLATION:<br>21 U.S.C. § 841(a)(1), Distribution of Methamphetamine. |

The Grand Jury charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
Distribution of Methamphetamine

On or about October 16, 2019, in the District of Utah,

HEATHER BROOKE HEBDON,
a/k/a Heather Ortegon a/k/a Maiden Hebdon a/k/a Hymie Sativa Hepdon a/k/a Heather
Holiday a/k/a Heather Kuikendall a/k/a Married Obermiller,

1

the defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable by 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MARK K. VINCENT
Assistant United States Attorney

2