ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
MARK K. VINCENT, Assistant United States Attorney (#5357)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682

FILED
2021 OCT 4 AM 8:22
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER BROOKE HEBDON a/k/a Heather Ortegon a/k/a Maiden Hebdon a/k/a Hymie Sativa Hepdon a/k/a Heather Holiday a/k/a Heather Kuikendall a/k/a Married Obermiller, <br><br> Defendant. | 1:20-CR-92-DS <br><br> F E L O N Y <br> I N F O R M A T I O N <br><br> VIOLATION: <br> 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine. <br><br> (Judge David Sam) |

The Acting United States Attorney charges:

### COUNT I
21 U.S.C. § 841(a)(1)
Distribution of Methamphetamine

On or about October 16, 2019, in the Northern Division of the District of Utah,

HEATHER BROOKE HEBDON
a/k/a Heather Ortegon a/k/a Maiden Hebdon a/k/a Hymie Sativa Hepdon a/k/a Heather
Holiday a/k/a Heather Kuikendall a/k/a Married Obermiller,

the defendant herein, did knowingly and intentionally distribute methamphetamine, a

1

Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable by 21 U.S.C. § 841(b)(1)(C).

DATED this  _4th_  day of OCTOBER, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney


/s/ Mark K. Vincent_____
MARK K. VINCENT
Assistant United States Attorney